**Arthur Alan WOLK, Movant–Appellee,**

v.

**TELEDYNE TECHNOLOGIES INCORPORATED, Defendant–Appellant.**

No. 04–15237.

**D.C. Docket No. 00–01741–CV–JEC–1.**

United States Court of Appeals, Eleventh Circuit.

June 17, 2005.

Parker D. Thomson, Luca R. Bronzi, Hogan & Hartson, LLP, Miami, FL, William B. Hill, Jr., Ashe, Refuse & Hill, LLP, Atlanta, GA, Jon L. Mills, Gainesville, FL, for Movant–Appellee.

Timothy L. Algers, John B. Quinn, Quinn Emanuel Urguhart Oliver & Hedges, Los Angeles, CA, Robert Leonard Rothman, Henry R. Chalmers, Ashley Steiner Kelly, Arnall, Golden & Gregory, Atlanta, GA, Stephen R. Ginger, Mobile, AL, for Defendant–Appellant.

Before BLACK, PRYOR and COX, Circuit Judges.

Non–Argument Calendar

PER CURIAM.

Teledyne Technologies Incorporated appeals the decision of the district court denying its motion to hold Arthur Alan Wolk in contempt, denying its motion for attorneys fees, and denying, in part, its motion to vacate a protective order. After considering the briefs of the parties, and reviewing the record, we find no abuse of discretion on the part of the district court.[1]

AFFIRMED.

1. Wolk's May 6, 2005, motion to strike is DENIED.